JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MEDRANO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>NABORS COMPLETION & PRODUCTION SERVICES CO., a Delaware corporation, now known as C&J Well Services, Inc.,<br><br>　　　　　Respondent. | Case No.: 2:22-cv-0324 DDP(JPRx)<br><br>District Judge: Dean D. Pregerson<br>Magistrate Judge: Jean P. Rosenbluth<br><br>**JUDGMENT** |

　　　WHEREAS, on April 2, 2015 two former employees of Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS"), Brandyn Ridgeway ("Ridgeway") and Tim Smith ("Smith"), filed a putative class action alleging, among other things, claims under Labor Code §1194(a) and 1771 for failure to pay the minimum prevailing wage and overtime, under Labor Code §226(e) for failure to provide accurate itemized wage statements under Labor Code

§226(a), and for related interest and penalties, as well as attorneys' fees and costs, (CACD Case No. 2:15−cv−03436−DDP−VBKx; "Ridgeway class action");

WHEREAS, on June 29, 2015 NABORS brought a motion to compel arbitration of Ridgeway and Smith's individual claims pursuant to 9 U.SC. §2, the Federal Arbitration Act ("FAA") and a written arbitration agreement that included a class action waiver;

WHEREAS, on October 13, 2015 this Court denied NABORS' motion to compel arbitration, finding the arbitration agreement unenforceable;

WHEREAS, NABORS timely appealed the denial of its motion to compel arbitration;

WHEREAS, on February 13, 2018 the Ninth Circuit Court of Appeal issued a Memorandum which reversed the Court's order denying the motion and remanded with instructions;

WHEREAS, on March 30, 2018, Petitioner Juan Medrano ("Medrano"), a putative class member in the Ridgeway class action, commenced an individual arbitration at JAMS;

WHEREAS, Medrano's individual claims were adjudicated by JAMS Arbitrator Hon. Jeffrey King (Ret.) resulting in a Final Arbitration Award issued January 11, 2022, in favor of Medrano;

WHEREAS, on January 14, 2022, Medrano filed the instant Petition to Confirm Final Arbitration Award, For Further Attorneys' Fees and Costs, and to Enter Judgment Against Nabors; Nabors appeared, filed an answer and filed a crossclaim to vacate the Final Award;

WHEREAS, on April 18, 2022 the Court granted Medrano's motion and confirmed the JAMS Final Arbitration Award, issued on January 11, 2022, in Medrano's Arbitration JAMS Case No. 1220058995 and denied NABORS' request to vacate the award.

THEREFORE, IT IS ADJUDGED THAT:

Petitioner JUAN MEDRANO shall recover against Respondent NABORS COMPLETION & PRODUCTION SERVICES CO n/k/a C&J WELL SERVICES, INC. ("NABORS") in the following amounts:

the amount of $381,179.54 in damages, including statutory interest thru August 30, 2021, and continuing interest thereafter at $60.15 per day, and $366,453.50 in attorneys' fees and $2,146.50 in costs as awarded by the Arbitrator; and,

Additional post-arbitration attorneys' fees in the amount of $7,576.16 and costs in the amount of $400 awarded by this Court.

DATED: May 6, 2022

_____
UNITED STATES DISTRICT COURT JUDGE